# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| FREDDIE BARNETT, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.:  08-cv-265-bbc |
| v. | |
| ANA BOATWRIGHT, Warden,<br>New Lisbon Correctional Institution, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

10/6/08
_____
Date